UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOFEY PETROVICH ZAIKIN,<br><br>              Petitioner,<br><br>     v.<br><br>ERIC H. HOLDER,<br><br>              Respondent. | NO. C14-793-MJP<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. Respondent's motion to dismiss is GRANTED. Dkt. 10.

3. The habeas petition is DENIED and this case is DISMISSED without prejudice.

4. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 29th day of September, 2014.

Marsha J. Pechman
Chief United States District Judge

ORDER OF DISMISSAL - 1